**Opinion issued April 3, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00225-CV**

———————————

## IN RE JD INVESTMENTS LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator JD Investments LLC has filed a petition for writ of mandamus, requesting that we stay enforcement of the trial court's writ of possession.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

### PER CURIAM

---

[1] The underlying case is *West 18 Street Apartments Owner, LLC v. JD Investments LLC*, cause number 1245590, pending in the County Civil Court at Law No. 2 of Harris County, the Honorable Jermaine Thomas presiding.

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.